IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Bradley D | Case Number: 05 B 33052 |
|---|---|---|
| | Smith, Jennifer L | Judge: Hollis, Pamela S |
| | Printed: 4/22/08 | Filed: 8/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 27, 2008
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,053.75 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,575.12 |
| Priority: | | 235.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 620.26 |
| Other Funds: | | 1,229.37 |
| Totals: | 13,053.75 | 13,053.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Urban & Burt Ltd | Administrative | 1,394.00 | 1,394.00 |
| 2. | Indiana Dept Of Revenue | Priority | 235.00 | 235.00 |
| 3. | Arrow Financial Services | Unsecured | 423.00 | 423.00 |
| 4. | CorTrust Bank | Unsecured | 242.77 | 242.77 |
| 5. | RMI/MCSI | Unsecured | 250.00 | 250.00 |
| 6. | Leslie McKane | Unsecured | 5,870.90 | 5,870.90 |
| 7. | Illinois Dept Of Employment Sec | Unsecured | 639.00 | 639.00 |
| 8. | Vyridian Revenue Managment | Unsecured | 589.26 | 589.26 |
| 9. | Scholastic | Unsecured | 39.65 | 39.65 |
| 10. | Illinois Dept of Revenue | Unsecured | 270.54 | 270.54 |
| 11. | Village Of Justice | Unsecured | 1,250.00 | 1,250.00 |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | John Curtin D O | Unsecured | | No Claim Filed |
| 15. | Retrieval Masters | Unsecured | | No Claim Filed |
| 16. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 17. | Hollywood Video | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 20. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 21. | Spirit Of America Nat'l Ban | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Time Warner Cable | Unsecured | | No Claim Filed |
| 24. | Village Of Alsip | Unsecured | | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Bradley D | Case Number: 05 B 33052
Smith, Jennifer L | Judge: Hollis, Pamela S
Printed: 4/22/08 | Filed: 8/20/05

$ 11,204.12     $ 11,204.12

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 242.01 |
| 5% | 78.12 |
| 4.8% | 130.76 |
| 5.4% | 169.37 |
| | $ 620.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

